817436

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**EASTERN** DISTRICT OF **VIRGINIA**

08-452 M-0

UNITED STATES OF AMERICA

v.

**WARRANT FOR ARREST**

JANE DOE
a/k/a Terre Denise Gregg

**FILED**
JUL 23 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 03-1305-M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **JANE DOE, a/k/a Terre Denise Gregg** _____

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

False Statement in Application and Use of Passport

in violation of Title __18__ United States Code, Section(s) __1542__.

**Honorable Barry R. Poretz** | **United States Magistrate Judge**
Name of Issuing Officer | Title of Issuing Officer

[signature] | December 11, 2003   Alexandria, Virginia
Signature of Issuing Officer | Date and Location

Bail fixed at $ _____ by _____
                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED<br>7-23-08 | NAME AND TITLE OF ARRESTING OFFICER<br>Deputy John Dunn  Reporting | SIGNATURE OF ARRESTING OFFICER<br>[signature] |
|---|---|---|
| DATE OF ARREST<br>7-23-08 | | |

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**EASTERN** DISTRICT OF **VIRGINIA**

DEC 1 1 2003
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

v.

JANE DOE
a/k/a Terre Denise Gregg

FILED
JUL 23 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CRIMINAL COMPLAINT
08-452-M-01

CASE NUMBER: 03-1305-M

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about __November 30, 2001__ in __Fairfax__ County, in the __Eastern__ District of __Virginia__ defendant did, (Track statutory language of offense)

willfully and knowingly make false statements in an application for a United States passport, with the intent to induce and secure the issuance of a United States passport, either for her own use or the use of another, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws under the authority of the United States,

in violation of Title __18__ United States Code, Section __1542 (False Statement in Application and Use of Passport)__.

I further state that I am a __Special Agent, U.S. Department of State, Diplomatic Security Service__ and that this
                                           Official Title
complaint is based on the following facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

SAUSA - Kimberly Kiefer
Reviewing AUSA - Dennis Kennedy

Sworn to before me and subscribed in my presence,

_Signature of Complainant_
Tai N. Pham
Special Agent
U.S. Department of State, Diplomatic Security Service

__December 11, 2003__                at    __Alexandria, Virginia__
Date                                        City and State

Honorable Barry R. Poretz
United States Magistrate Judge
Name & Title of Judicial Officer                Signature of Judicial Officer

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

08-452-M-01

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case Number 03-435M |
| | ) |
| JANE DOE, | ) |
| a/k/a TERRE DENISE GREGG | ) |
| | ) |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Tai N. Pham, having been duly sworn, hereby depose and say:

1. I am employed as a Special Agent with the United States Department of State, Diplomatic Security Service, and am assigned to the Washington Field Office in Dunn Loring, Virginia. I have been employed as a Special Agent with the Diplomatic Security Service for one year, and have completed the Criminal Investigator's Training Program held at the Federal Law Enforcement Training Center, Glynco, Georgia. I have also received additional training in criminal investigations for passport fraud from the U.S. Department of State.

2. My duties as a Special Agent involve enforcing certain federal laws, including those pertaining to passport fraud.

3. This affidavit is submitted in support of a criminal complaint and an arrest warrant for JANE DOE a/k/a TERRE DENISE GREGG ("DOE"). I make the following statements based on information obtained through personal observation, statements of witnesses, information supplied to me by other law enforcement officers, and information obtained through the use of law enforcement computerized databases.

4. This affidavit contains information necessary to support probable cause for this arrest warrant and criminal complaint. This affidavit is not intended to include each and every fact and matter observed by me or known by the government.

5. On November 30, 2001, DOE appeared at the United States Post Office in Alexandria, Virginia and executed an application for a United States Passport in the name of Terre Denise Gregg. DOE submitted a Virginia Non-Driver's License as proof of identity and a District of Columbia birth certificate as proof of United States citizenship, both in the name of Terre Denise Gregg.

6. A United States Postal Service clerk accepted the application and found the following fraud indicators: (i) the photograph submitted with the application did not match the photograph on the Virginia Non-Driver's License; and (ii) DOE struggled to complete and sign the application.

7. The application was forwarded to your Affiant for further investigation. On December 23, 2002, your Affiant received nine arrest photographs, dated from February 4, 1997 to September 2, 2002, from the Alexandria Police Department in the name of Terre Denise Gregg. The arrest photographs did not match the photograph submitted by DOE with the passport application. However, the biographical data from the Alexandria Police Department matched the biographical data on the application.

8. On July 7, 2003, your Affiant traced the business phone number listed on the passport application to an address of                                                           . Your Affiant interviewed the maintenance engineer of the building. The engineer recognized the individual in the passport application photograph as the individual he has seen in Apartment #307.

9. On July 9, 2003, your Affiant interviewed the United States Postal Service letter carrier responsible for Apartment #307. The letter carrier recognized the photograph on the passport application as DOE, but did not recognize the arrest photographs for Terre Denise Gregg. The letter carrier also stated that DOE spoke with a foreign accent, but could not distinguish the specific nationality.

10. On July 16, 2003, the Office of Inspector General of the Social Security Administration verified that the social security listed on the passport application, had never been assigned.

11. On July 28, 2003, your Affiant received photo images from the Virginia Department of Motor Vehicles in the name of Terre Denise Gregg with the same biographical data as that which appeared on the passport application. The Virginia Department of Motor Vehicles photo images did not match the photograph on the passport application.

12. Based on the information provided in this affidavit, probable cause exists to believe that JANE DOE, a/k/a Terre Denise Gregg, has violated Title 18, United States Code, Section 1542, False Statement in Application and Use of Passport, in that she willfully and knowingly made false statements in an application for a United States Passport, with the intent to induce and secure the issuance of a United States Passport, either for her own use or the use of another, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws under the authority of the United States.

13. Wherefore, pursuant to Rule 4 of Federal Rules of Criminal Procedure, I respectfully request a criminal complaint and arrest warrant for JANE DOE a/k/a Terre Denise Gregg.

FURTHER YOUR AFFIANT SAITH NOT.

_____
Tai N. Pham
Special Agent
U.S. Department of State
Diplomatic Security Service

SUBSCRIBED AND SWORN TO
BEFORE ME THIS 11th DAY
OF DECEMBER, 2003

_____
BARRY R. PORETZ
United States Magistrate Judge
Alexandria, Virginia